Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705
(714) 953-5300 telephone
(714) 953-1143 facsimile
Bpraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BRENDA NICOLE CHARLTON,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS SANTOS, an individual POLICE OFFICER, JC MORENO, an individual POLICE OFFICER, DAVID HASTINGS, an individual POLICE SERGEANT, and the CITY OF TULARE, a municipal Corporation, and DOES 1-25,<br><br>Defendants. | NO. 1:20-cv-01136 AWI SKO<br><br>**ORDER re STIPULATED REQUEST TO STAY CIVIL MATTER PENDING PLAINTIFF'S CRIMINAL CASE**<br><br>(Doc. 9) |
|---|---|

Pursuant to Stipulation between the parties (Doc. 9) and for good cause shown,

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. This matter is stayed and all current dates vacated pending the final disposition of Plaintiff's underlying criminal case; and

2. The parties are to jointly file a status report every ninety (90) days to advise the Court of the status of the criminal proceeding.

IT IS SO ORDERED.

Dated:   **November 17, 2020**                    /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE